**The below described is SIGNED.**

**Dated: October 30, 2009** _____
                                **WILLIAM T. THURMAN**
                                **U.S. Bankruptcy Chief Judge**

_____

*Prepared by,*
David E. Leta (1937)
Engels Tejeda (11427)
Timothy J. Dance (11553)
**Snell & Wilmer L.L.P.**
15 W South Temple, Suite 1200
Salt Lake City, UT   84101
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800
Email:  delta@swlaw.com
            etejeda@swlaw.com
            tdance@swlaw.com

*Proposed Counsel for Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>**SNOW CANYON GOLF PARTNERS,<br>LLC**, a Utah limited liability company,<br>5224 N. Winchester Hills Drive,<br>P.O. Box 530<br>St. George, Utah 84770<br>Tax Id No. xx-xxx8885<br><br>Debtor-in-Possession[1]<br><br>☒  Affects all Debtors<br>☐  Affects the following Debtor(s): | Bankruptcy No. 09-30444 - WTT<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>[Filed Electronically]<br><br>**ORDER DIRECTING THE JOINT<br>ADMINISTRATION OF RELATED CASES<br>IN SALT LAKE CITY, UTAH** |

---

[1] This case is jointly administered with the Chapter 11 cases filed with the Court by Ledges Canyon Rim, LLC (Case No. 09-30445, Tax ID No. xx-xxx0941) and Ledges Flint Rock, LLC (case no. 09-30446, Tax ID No. xx-xxx7359). The Debtors all have the same address, i.e., 5224 North Winchester Hills Drive, P.O. Box 530, St. George, Utah 84770.

10640221.1

**Filed: 10/15/09**

The Court having considered the *Motion for Order Directing the Joint Administration of Related Cases* (the "**Motion**") filed in the above-captioned case on October 1, 2009 [Docket # 9], having considered all pleadings and documents filed in connection with the Motion, and good cause appearing, it is hereby

**ORDERED THAT:**

1. The Motion is granted in its entirety.

2. The following cases (collectively the "**Cases**") filed with the Court by the following entities (collectively the "**Debtors**") shall be jointly administered:

|   | **Debtor** | **Federal Tax ID Number** | **Case Number** |
|---|---|---|---|
| 1. | Snow Canyon Golf Partners, LLC | 20-2508885 | 09-30444 |
| 2. | Ledges Canyon Rim, LLC | 20-4920941 | 09-30445 |
| 3. | Ledges Flint Rock, LLC | 26-0147359 | 09-30446 |

3. Except as provided herein, all papers, pleadings, monthly operating reports and orders in the Cases shall be filed in case number 09-30444, using a caption substantially conforming to **Exhibit "A"** appended to the Motion. The docket for case number 09-30444 shall be, and hereby is, designated as the single pleadings docket for all pleadings with respect to the Cases.

4. Each of the Debtors shall combine their mailing matrixes and file the same as an amendment to the mailing matrix currently on file in case number 09-30444. At any time after entry of an order granting this motion, all notices to be served upon the mailing matrix of any one of the Debtors shall be served upon the combined mailing matrix.

5. Each of the Debtors shall file its schedules and statement of financial affairs in its own individual case.

6. Proofs of claims shall be filed in each Case in which the filing creditor is asserting a claim, and identify in the caption the case number and name of the Debtor against which the

10640221.1        2

claim is asserted. Absent further order of the Court, the claims registers in the Debtors' respective Cases shall be maintained separately for each Debtor by the Clerk of the Court.

7. When filing documents and pleadings in paper format, all parties-in-interest shall file the same with the Clerk of the United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101. Any party-in-interest may request that a hearing be set in St. George, Utah, but unless the Court so directs, all future matters in the Cases should be heard at the United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101.

-------------------------------------------------end of order-------------------------------------------------

10640221.1

3

## **CLERK'S CERTIFICATE OF SERVICE**

   I hereby certify that on the _____ day of _____, 2009 I caused a true and correct copy of the foregoing to be served via U.S. Postage pre-paid, First Class Mail, upon the mailing matrixes filed in case numbers 09-30444, 09-30445 and 09-30446 as of said date.

                                       /s/ _____



ORDER SIGNED



**EXHIBIT A**

10640221.1

[Counsel / Party]
[Address]
[Tel. No.]
[E-mail]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>**SNOW CANYON GOLF PARTNERS,<br>LLC**, a Utah limited liability company,<br>5224 N. Winchester Hills Drive,<br>P.O. Box 530<br>St. George, Utah 84770<br>Tax Id No. xx-xxx8885<br><br>Debtors-in-Possession[1]<br><br>☐  Affects all Debtors<br>☐  Affects the following Debtor(s): | Bankruptcy No. 09-30444 - WTT<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>[Filed Electronically]<br><br>Hearing Date:<br>Hearing Time: |

**[Pleading or Document Title]**

---

[1] This case is jointly administered with the Chapter 11 cases filed with the Court by Ledges Canyon Rim, LLC (Case No. 09-30445, Tax ID No. xx-xxx0941) and Ledges Flint Rock, LLC (case no. 09-30446, Tax ID No. xx-xxx7359). The Debtors all have the same address, i.e., 5224 North Winchester Hills Drive, P.O. Box 530, St. George, Utah 84770.

10640221.1